The UNITED STATES of America, Plaintiff-Appellee, v. Alvin F. SPEECE, Defendant-Appellant.

No. 6646.

Circuit Court of Appeals, Seventh Circuit.

Oct. 4, 1938.

Before SPARKS, MAJOR, and TREANOR, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, consented to by counsel for appellee, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

The UNITED STATES of America ex rel. James MICHAEL, Petitioner-Appellant, v. Joseph E. RAGEN, Warden, Illinois State Penitentiary, Respondent-Appellee.

No. 6690.

Circuit Court of Appeals, Seventh Circuit.

Aug. 30, 1938.

Before SPARKS and MAJOR, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered and adjudged that this appeal be, and the same is hereby, dismissed, with costs.

UNITED STATES of America ex rel. Stella TUCCI, In Behalf of Nicola Tucci, Relatrix-Appellant, v. Byron H. UHL, District Director of Immigration and Naturalization at the Port of New York or the Captain or Officers of the S. S. Conte di Savola, Respondent-Appellee.

No. 276.

Circuit Court of Appeals, Second Circuit.

March 27, 1939.

Gaspare M. Cusumano, of New York City, for appellant.

Gregory F. Noonan, U. S. Atty., of New York City (Martin Klein, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.